# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARISSA DIAZ** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-0205** |
| **v.** | : | |
| | : | |
| **COMER RUCKER,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 29th day of July 2016, upon consideration of the *motion to dismiss* filed jointly by Defendant Scott Paul and Defendant Michael Ward ("Moving Defendants"), [ECF 5], Plaintiff's response in opposition thereto, [ECF 8], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Moving Defendants' motion to dismiss is **GRANTED**. Accordingly, this action is dismissed as to the Moving Defendants *only*.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*